| | |
|---|---|
| HARMEET K. DHILLON (SBN: 207873) | BRYAN H. HECKENLIVELY (SBN 279140) |
| harmeet@dhillonlaw.com | bryan.heckenlively@mto.com |
| KRISTA L. BAUGHMAN (SBN: 264600) | JESLYN A. EVERITT (SBN 274701) |
| kbaughman@dhillonlaw.com | jeslyn.everitt@mto.com |
| GREGORY R. MICHAEL (SBN: 306814) | ELIZABETH A. KIM (SBN 295277) |
| gmichael@dhillonlaw.com | elizabeth.kim@mto.com |
| DHILLON LAW GROUP INC. | MUNGER, TOLLES & OLSON LLP |
| 177 Post Street, Suite 700 | 560 Mission Street, Twenty-Seventh Floor |
| San Francisco, California 94108 | San Francisco, California 94105-2907 |
| Telephone: (415) 433-1700 | Telephone: (415) 512-4000 |
| Facsimile: (415) 520-6593 | Facsimile: (415) 512-4077 |

Attorneys for Plaintiffs                    Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| YOUNG AMERICA'S FOUNDATION, a Tennessee nonprofit corporation; and BERKELEY COLLEGE REPUBLICANS, a student organization at the University of California, Berkeley,<br><br>      Plaintiffs,<br><br>      v.<br><br>JANET NAPOLITANO, in her official capacity as President of UC; NICHOLAS B. DIRKS, individually and in his official capacity as Chancellor of UC Berkeley; STEPHEN C. SUTTON, individually and in his official capacity as Interim Vice Chancellor of the Student Affairs Division of UC Berkeley; JOSEPH D. GREENWELL, individually and in his official capacity as Associate Vice Chancellor and Dean of Students of UC Berkeley; MARGO BENNETT, in her official capacity as Chief of Police of UC Police Department, at Berkeley; ALEX YAO, individually and in his official capacity as Operations Division Captain of UC Police Department, at Berkeley; and LEROY M. HARRIS, individually and in his official capacity as Patrol Lieutenant of UC Police Department, at Berkeley,<br><br>      Defendants. | Case No. 3:17-cv-02255-MMC<br><br>**STIPULATION TO SET DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT ON JUNE 28, 2017**<br><br>Place: Courtroom 7, 19th Floor<br>Judge: Maxine M. Chesney |

|   |   |
|---|---|
| 1 | **STIPULATION** |
| 2 | In support of this Stipulation, the Parties state as follows: |
| 3 | WHEREAS, on April 27, 2017, Plaintiffs served the Complaint on Defendants, and |
| 4 | therefore, pursuant to Federal Rule of Civil Procedure 12(a)(1), Defendants have until May 18, |
| 5 | 2017, to respond to the Complaint; |
| 6 | WHEREAS, the parties have agreed that Defendants' deadline to respond to the Complaint |
| 7 | should be set for June 28, 2017; |
| 8 | WHEREAS, this stipulated extension of time will not alter the date of any event or any |
| 9 | deadline already fixed Court order; |
| 10 | NOW THEREFORE, pursuant to L.R. 6–1(a), Plaintiffs and Defendants through their |
| 11 | counsel of record stipulate to the following: |
| 12 | IT IS HEREBY STIPULATED that Defendants shall have until June 28, 2017 to respond |
| 13 | to the Complaint. |

DATED: May 5, 2017           DHILLON LAW GROUP, INC.

By: _/s/ Harmeet K. Dhillon_
HARMEET K. DHILLON
Attorneys for Plaintiffs

DATED: May 5, 2017           Respectfully submitted,

MUNGER, TOLLES & OLSON LLP
BRYAN H. HECKENLIVELY

By: _/s/ Bryan H. Heckenlively_
BRYAN H. HECKENLIVELY
Attorneys for Defendants

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Bryan H. Heckenlively, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

*/s/ Bryan H. Heckenlively*
BRYAN H. HECKENLIVELY