IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG AMERICA'S FOUNDATION, et al., <br><br>   Plaintiffs, <br><br>   v. <br><br> JANET NAPOLITANO, et al., <br><br>   Defendants. | Case No. 17-cv-02255-MMC <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of defendants' pending motion to dismiss, filed June 28, 2017, and noticed for hearing on August 25, 2017, the Initial Case Management Conference previously scheduled for July 28, 2017, is hereby CONTINUED to September 29, 2017, at 10:30 a.m. A Joint Case Management Conference Statement shall be filed no later than September 22, 2017.

**IT IS SO ORDERED.**

Dated: June 29, 2017

MAXINE M. CHESNEY
United States District Judge