| | |
|---|---|
| HARMEET K. DHILLON (SBN: 207873)<br>harmeet@dhillonlaw.com<br>KRISTA L. BAUGHMAN (SBN: 264600)<br>kbaughman@dhillonlaw.com<br>GREGORY R. MICHAEL (SBN: 306814)<br>gmichael@dhillonlaw.com<br>DHILLON LAW GROUP INC.<br>177 Post Street, Suite 700<br>San Francisco, California 94108<br>Telephone: (415) 433-1700<br>Facsimile: (415) 520-6593<br><br>Attorneys for Plaintiffs | BRYAN H. HECKENLIVELY (SBN 279140)<br>bryan.heckenlively@mto.com<br>JESLYN A. EVERITT (SBN 274701)<br>jeslyn.everitt@mto.com<br>ELIZABETH A. KIM (SBN 295277)<br>elizabeth.kim@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>CHARLES F. ROBINSON (SBN 113197)<br>charles.robinson@ucop.edu<br>MARGARET L. WU (SBN 184167)<br>margaret.wu@ucop.edu<br>UNIVERSITY OF CALIFORNIA<br>Office of the General Counsel<br>1111 Franklin Street, 8th Floor<br>Oakland, CA 94607-5200<br>Telephone: (510) 987-9800<br>Facsimile: (510) 987-9757<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| YOUNG AMERICA'S FOUNDATION, a Tennessee nonprofit corporation; and BERKELEY COLLEGE REPUBLICANS, a student organization at the University of California, Berkeley,<br><br>    Plaintiffs,<br><br>    v.<br><br>JANET NAPOLITANO, in her official capacity as President of UC; NICHOLAS B. DIRKS, individually and in his official capacity as Chancellor of UC Berkeley; STEPHEN C. SUTTON, individually and in his official capacity as Interim Vice Chancellor of the Student Affairs Division of UC Berkeley; JOSEPH D. GREENWELL, individually and in his official capacity as Associate Vice Chancellor and Dean of Students of UC Berkeley; MARGO BENNETT, in her official capacity as Chief of Police of UC Police Department, at Berkeley; | Case No. 3:17-cv-02255-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS AND RESETTING BRIEFING SCHEDULE, AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Place:   Courtroom 7, 19th Floor<br>Judge:   Maxine M. Chesney |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | ALEX YAO, individually and in his official capacity as Operations Division Captain of UC Police Department, at Berkeley; and LEROY M. HARRIS, individually and in his official capacity as Patrol Lieutenant of UC Police Department, at Berkeley,<br><br>　　　　　　　　Defendants. |

## STIPULATION AND [PROPOSED] ORDER

In support of this Stipulation, the Parties state as follows:

WHEREAS, on April 27, 2017, Plaintiffs served the Complaint on Defendants;

WHEREAS, the Parties stipulated that Defendants' deadline to respond to the Complaint should be set for June 28, 2017;

WHEREAS, on June 28, 2017, Defendants filed a motion to dismiss the Complaint, scheduled to be heard on August 25, 2017, and setting Plaintiffs' deadline to file a response on July 12, 2017, and Defendants' deadline to file a reply on July 19, 2017;

WHEREAS, Plaintiffs' counsel is unavailable to appear at the August 25, 2017 hearing on Defendants' motion to dismiss, as she will be traveling out of state;

WHEREAS, the Parties stipulate to continue the hearing on Defendants' motion to September 8, 2017, and to reset the briefing schedule whereby Plaintiffs' response is due on August 11, 2017, and Defendants' reply is due on August 25, 2017.

WHEREAS, on June 29, 2017, the Court continued the Initial Case Management Conference set for July 28, 2017, to September 29, 2017, along with corresponding deadlines to meet and confer and file ADR Certifications by September 8, 2017, and to file a Rule 26(f) report, complete initial disclosures, and file a case management statement by September 22, 2017;

WHEREAS, the September 4, 2017 Labor Day holiday falls on the week corresponding to the Parties' deadline to meet and confer and file ADR Certifications;

WHEREAS, the Parties stipulate and respectfully request that the Court continue the Initial Case Management conference by one week to October 6, 2017, along with all corresponding deadlines.

NOW THEREFORE, in light of the personal schedules of counsel, and the intervening holidays, the parties therefore stipulate and respectfully request that the Court continue the August 25, 2017 hearing on Defendants' motion to dismiss by two weeks, reset the briefing schedule as set forth below, and continue the September 29, 2017 initial case management conference and related deadlines by one week.

IT IS HEREBY STIPULATED that, with the approval of the Court, the following schedule should govern the case:

| DATE | EVENT |
|---|---|
| August 11, 2017 | Plaintiffs' deadline to file response to Motion to Dismiss |
| August 25, 2017 | Defendants' deadline to file reply to Plaintiffs' response |
| September 8, 2017 | Hearing on Motion to Dismiss at 9:00 a.m. |
| September 15, 2017 | Last day to meet and confer regarding Rule 26 initial disclosures, early settlement, ADR process selection, and discovery plan; File ADR Certification  File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| September 29, 2017 | Last day to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report and file Case Management Statement |
| October 6, 2017 | Initial Case Management Conference at 10:30 AM |

Respectfully submitted,

DATED: June 30, 2017            DHILLON LAW GROUP, INC.


                                By:   */s/ Harmeet K. Dhillon*
                                      HARMEET K. DHILLON
                                Attorneys for Plaintiffs

| | |
|---|---|
| DATED: June 30, 2017 | MUNGER, TOLLES & OLSON LLP |
| | By: _/s/ Bryan H. Heckenlively_<br>BRYAN H. HECKENLIVELY<br>Attorneys for Defendants |

### PROPOSED ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** with the following exceptions due to the Court's schedule:

    1. The hearing on defendants' motion to dismiss is continued to September 29, 2017, at 9:00 a.m.

    2. The Initial Case Management Conference is continued to October 27, 2017, and all related deadlines are continued in accordance therewith.

DATED: __June 30__, 2017

_/s/ Maxine M. Chesney_
Honorable Maxine M. Chesney
United States District Judge

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Bryan H. Heckenlively, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

          */s/ Bryan H. Heckenlively*
          BRYAN H. HECKENLIVELY