| | |
|---|---|
| 1 | HARMEET K. DHILLON (SBN: 207873) |
| 2 | harmeet@dhillonlaw.com |
| | KRISTA L. BAUGHMAN (SBN: 264600) |
| 3 | kbaughman@dhillonlaw.com |
| | GREGORY R. MICHAEL (SBN: 306814) |
| 4 | gmichael@dhillonlaw.com |
| 5 | DHILLON LAW GROUP INC. |
| | 177 Post Street, Suite 700 |
| 6 | San Francisco, California 94108 |
| | Telephone: (415) 433-1700 |
| 7 | Facsimile: (415) 520-6593 |
| 8 | |
| 9 | Attorneys for Plaintiffs Young America's Foundation and Berkeley College Republicans |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **YOUNG AMERICA'S FOUNDATION,** a Tennessee nonprofit corporation; and **BERKELEY COLLEGE REPUBLICANS**, a student organization at the University of California, Berkeley, <br><br> Plaintiffs, <br><br> v. <br><br> **JANET NAPOLITANO,** in her official capacity as President of the UC; **NICHOLAS B. DIRKS**, individually and in his official capacity as Chancellor of UC, Berkeley; **STEPHEN C. SUTTON**, individually and in his official capacity as Interim Vice Chancellor of the Student Affairs Division of UC, Berkeley; **JOSEPH D. GREENWELL**, individually and in his official capacity as Associate Vice Chancellor and Dean of Students of UC, Berkeley; **MARGO BENNETT**, in her official capacity as Chief of Police of UC Police Department, at Berkeley; **ALEX YAO**, individually and in his official capacity as Operations Division Captain of UC Police Department, at Berkeley; and **LEROY M. HARRIS**, individually and in his official capacity as Patrol Lieutenant of UC Police Department, at Berkeley, <br><br> Defendants. | Case Number: 3:17-cv-02255-MMC <br><br> Honorable Maxine M. Chesney <br><br> **[PROPOSED] ORDER GRANTING LEAVE TO FILE SUR-REPLY TO MOTION TO DISMISS [OR ALTERNATIVELY] STRIKING REPLY EVIDENCE** <br><br> Date: September 29, 2017 <br> Time: 9:00 a.m. <br> Courtroom: 7, 19th Floor |



[Proposed] Order                  Case No. 3:17-cv-02255-MMC

Plaintiffs Young America's Foundation ("YAF") and Berkeley College Republicans ("BCR") (collectively, "Plaintiffs") filed this action against University of California, Berkeley (the "University") officials, Defendants Janet Napolitano, Nicholas B. Dirks, Stephen C. Sutton, Joseph D. Greenwell, Margo Bennett, Alex Yao, Leroy M. Harris (collectively, "Defendants") asserting four causes of action for violations under the First and Fourteenth Amendments to the U.S. Constitution. On June 28, 2017, Defendants filed a Motion to Dismiss (Dkt. 13). Plaintiffs filed an opposition (Dkt. 19), and Defendants filed a Reply (Dkt. 20). Before the Court is Plaintiffs' Administrative Motion For Leave To File Sur-Reply to Motion to Dismiss Or Alternatively To Strike Reply Evidence (the "Administrative Motion").

Having read and considered the Administrative Motion, all papers submitted by the parties in support or opposition thereof, and exhibits attached thereto, and good cause being shown therefor:

The Court GRANTS Plaintiffs' Administrative Motion and orders Plaintiffs to file the sur-reply in the form attached to the Administrative Motion, by no later than September 11, 2017.

[ALTERNATIVELY] ~~The Court GRANTS Plaintiffs' Administrative Motion and strikes all evidence and new argument submitted by Defendants on Reply.~~

**IT IS SO ORDERED.**

Dated: September 6, 2017

Hon. Maxine M. Chesney
United States District Judge



[~~Proposed~~] Order Granting Plaintiffs'
Leave to File Sur-Reply

Case No. 3:17-cv-02255-MMC

1