# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** September 29, 2017    **Time:** 10:54 - 12:35    **Judge:** MAXINE M. CHESNEY
= 1 hour 41 minutes

**Case No.**: 17-cv-02255-MMC    **Case Name:** Young America's Foundation v. Napolitano

**Attorney for Plaintiff:** Harmeet Dhillon; Gregory Michael
**Attorney for Defendant:** Bryan Heckenlively; Jeslyn Everitt; Elizabeth Kim

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Jo Ann Bryce

## PROCEEDINGS

Defendants' Motion to Dismiss - Granted, with leave to amend.

Deadline for plaintiffs' to file first amended complaint: October 27, 2017.

Initial Case Management Conference previously scheduled for October 27, 2017 is hereby continued to January 19, 2018 at 10:30 a.m., joint case management conference statement due on or before January 12, 2018.

**Order to be prepared by:**
( )    Plaintiff             ( )    Defendant             (X)    Court