IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG AMERICA'S FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JANET NAPOLITANO, et al., <br><br> Defendants. | Case No. 17-cv-02255-MMC <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** <br><br> Dkt. No. 13 |

Before the Court is defendants' Motion to Dismiss, filed June 28, 2017, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiffs have filed opposition, to which defendants have replied. The matter came on regularly for hearing on September 29, 2017. Harmeet K. Dhillon and Gregory R. Michael of the Dhillon Law Group Inc. appeared on behalf of plaintiffs. Bryan H. Heckenlively, Jeslyn A. Everitt, and Elizabeth A. Kim of Munger, Tolles & Olson LLP appeared on behalf of defendants.

The Court having considered the parties' respective written submissions and the arguments of counsel at the hearing, defendants' motion to dismiss is, for the reasons stated on the record at the hearing, hereby GRANTED and plaintiffs' Complaint is hereby DISMISSED with leave to amend. Plaintiffs' First Amended Complaint shall be filed no later than October 27, 2017.

**IT IS SO ORDERED.**

Dated: October 2, 2017

MAXINE M. CHESNEY
United States District Judge