1  HARMEET K. DHILLON (SBN: 207873)
   harmeet@dhillonlaw.com
2  KRISTA L. BAUGHMAN (SBN: 264600)
3  kbaughman@dhillonlaw.com
   GREGORY R. MICHAEL (SBN: 306814)
4  gmichael@dhillonlaw.com
   DHILLON LAW GROUP INC.
5  177 Post Street, Suite 700
6  San Francisco, California 94108
   Telephone: (415) 433-1700
7  Facsimile: (415) 520-6593

8
   Attorneys for Plaintiffs Young America's Foundation
9  and Berkeley College Republicans

10

11                  **UNITED STATES DISTRICT COURT**

12                  **NORTHERN DISTRICT OF CALIFORNIA**

                    **SAN FRANCISCO DIVISION**
13

14 | YOUNG AMERICA'S FOUNDATION, *et al.*, | Case Number: 3:17-cv-02255-MMC |

15 | Plaintiffs, | Honorable Judge Maxine M. Chesney |

16 | v. | **STIPULATION AND [PROPOSED]** |

17 | JANET NAPOLITANO, *et al.*, | **ORDER CONTINUING PLAINTIFFS'** **DEADLINE TO FILE FIRST** |

18 | Defendants. | **AMENDED COMPLAINT; SETTING** **BRIEFING AND HEARING** |

19 | | **SCHEDULE; AND CONTINUING** **CASE MANAGEMENT** |

20 | | **CONFERENCE** |

21

22                                              Action Filed:  April 24, 2017
                                                Trial Date: Not Assigned
23

24

25

26

27

28



**STIPULATION AND [PROPOSED] ORDER**

2      In support of this Stipulation, the Parties stipulate and agree as follows:

3      WHEREAS, on April 24, 2017, Plaintiffs filed the Complaint against Defendants;

4      WHEREAS, on September 29, 2017, the Court held a hearing on Defendants' motion to

5 dismiss the Complaint, and granted the motion with leave to amend the Complaint (See Dkt. #27);

6      WHEREAS, the Court ordered that Plaintiffs shall file a First Amended Complaint ("FAC") no

7 later than October 27, 2017, and scheduled the Initial Case Management Conference for January 19,

8 2018 (Dkt. #25, 27);

9      WHEREAS, the Parties anticipate that Defendants will file a motion to dismiss the FAC;

10      WHEREAS, the Thanksgiving Day, Christmas Day, and New Year's Day Court holidays fall

11 during the default briefing and hearing schedule for the anticipated motion;

12      WHEREAS, counsel for Defendants has a previously scheduled arbitration hearing from

13 March 19, 2017 through March 23, 2017;

14      WHEREAS, the following time modifications have been made in the case, whether by

15 stipulation or Court order:

16      • the initial Case Management Conference has been continued from July 28, 2017 three

17         times, and is currently set for January 19, 2018 (Dkt. #15, 17, 25);

18      • Defendants' deadline to respond to the Complaint was continued from May 18, 2017 to

19         June 28, 2017 (Dkt. #17);

20      • Plaintiffs' deadline to file an opposition to Defendants' motion to dismiss the Complaint

21         was continued from July 12, 2017 to August 11, 2017 (Dkt. #17);

22      • Defendants' deadline to file a reply in support of the motion to dismiss was continued from

23         July 19, 2017 to August 25, 2017 (Dkt. #17);

24      • the hearing on Defendants' motion to dismiss was continued from August 25, 2017 to

25         September 29, 2017 (Dkt. #17);

26      WHEREAS, the Parties stipulate and respectfully request that the Court: continue Plaintiffs'

27 deadline to file the FAC by two weeks, to November 10, 2017; set the below briefing schedule for

28 Defendants' anticipated motion to dismiss the FAC; and continue the Initial Case Management

Stipulation and [PROPOSED] Order Continuing      Case No. 3:17-cv-02255-MMC
Briefing Deadlines, Motion Hearing, and CMC



1   Conference and corresponding deadlines, as set forth below;

2        WHEREAS, the Parties do not believe the requested continuance will have any effect on the

3   overall schedule for this case;

4        NOW THEREFORE, in light of the intervening holidays and trial schedule for counsel, the

5   Parties stipulate and respectfully request that the following schedule govern the case:

| DATE | EVENT |
|------|-------|
| November 10, 2017 | Plaintiffs' deadline to file First Amended Complaint |
| December 8, 2017 | Defendants' deadline to file Motion to Dismiss |
| January 12, 2018 | Plaintiffs' deadline to file response to Motion to Dismiss |
| January 26, 2018 | Defendants' deadline to file reply to Plaintiffs' response |
| February 9, 2018 | Hearing on Motion to Dismiss at 9:00 a.m. |
| March 9, 2018 | Last day to meet and confer regarding Rule 26 initial disclosures, early settlement, ADR process selection, and discovery plan;<br><br>File ADR Certification;<br><br>File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| March 23, 2018 | Last day to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report and file Case Management Statement |
| March 30, 2018 | Initial Case Management Conference at 10:30 a.m. |

22   Respectfully submitted,

23   Dated: October 25, 2017           DHILLON LAW GROUP INC.

25                    By: /s/ Harmeet K. Dhillon
                        Harmeet K. Dhillon
                        Attorney for Plaintiffs

Stipulation and [PROPOSED] Order Continuing         Case No. 3:17-cv-02255-MMC
Briefing Deadlines, Motion Hearing, and CMC



Dated: October 25, 2017                    MUNGER, TOLLES & OLSON LLP


                                           By: /s/ Bryan Heckenlively
                                               Bryan Heckenlively
                                               Attorney for Defendants




## **DECLARATION**

Pursuant to Local Rule 6-2, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated: October 25, 2017                    DHILLON LAW GROUP INC.
                                           By: /s/ Harmeet K. Dhillon
                                               Harmeet K. Dhillon
                                               Attorney for Plaintiffs




## **ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Harmeet K. Dhillon, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.


Dated: October 25, 2017                    DHILLON LAW GROUP INC.

                                           By: */s/* Harmeet K. Dhillon
                                               Harmeet K. Dhillon

Stipulation and [PROPOSED] Order Continuing                 Case No. 3:17-cv-02255-MMC
Briefing Deadlines, Motion Hearing, and CMC



# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** with the exception that the hearing on any motion to dismiss will be held on February 16, 2018.

DATED: __October 27__, 2017

Maxine M. Chesney
Honorable Maxine M. Chesney
United States District Judge

Stipulation and [PROPOSED] Order Continuing                    Case No. 3:17-cv-02255-MMC
Briefing Deadlines, Motion Hearing, and CMC


DHILLON LAW GROUP INC.