BRYAN H. HECKENLIVELY (SBN 279140)
bryan.heckenlively@mto.com
JESLYN A. EVERITT (SBN 274701)
jeslyn.everitt@mto.com
ELIZABETH A. KIM (SBN 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

CHARLES F. ROBINSON (SBN 113197)
charles.robinson@ucop.edu
MARGARET L. WU (SBN 184167)
margaret.wu@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| YOUNG AMERICA'S FOUNDATION, a Tennessee nonprofit corporation; and BERKELEY COLLEGE REPUBLICANS, a student organization at the University of California, Berkeley,<br><br>Plaintiffs,<br><br>vs.<br><br>JANET NAPOLITANO, in her official capacity as President of the University of California, *et al*,<br><br>Defendants. | Case No. 3:17-cv-02255-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINSITRATIVE MOTION TO ENLARGE PAGE LIMITS**<br><br>Judge: Hon. Maxine M. Chesney |

Having considered the parties' submissions, the record, and the applicable law, the Court GRANTS Defendants' administrative motion to enlarge the page limit for their reply in support of their motion to dismiss Plaintiffs' First Amended Complaint. Because the opening and opposition briefs were both 30 pages long, permitting Defendants to file a reply brief of 18 pages would maintain the standard ratio between the length of the opposition (usually 25 pages) and the length

of the reply (usually 15 pages). Accordingly, Defendants may file a reply brief of no more than 18 pages.

**IT IS SO ORDERED.**

DATED: January 23, 2018

*Maxine M. Chesney*
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE