| | |
|---|---|
| BRYAN H. HECKENLIVELY (SBN 279140) <br> bryan.heckenlively@mto.com <br> JESLYN A. EVERITT (SBN 274701) <br> jeslyn.everitt@mto.com <br> ELIZABETH A. KIM (SBN 295277) <br> elizabeth.kim@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street <br> Twenty-Seventh Floor <br> San Francisco, California 94105-2907 <br> Telephone:     (415) 512-4000 <br> Facsimile:      (415) 512-4077 | CHARLES F. ROBINSON (SBN 113197) <br> charles.robinson@ucop.edu <br> MARGARET L. WU (SBN 184167) <br> margaret.wu@ucop.edu <br> UNIVERSITY OF CALIFORNIA <br> Office of the General Counsel <br> 1111 Franklin Street, 8th Floor <br> Oakland, CA  94607-5200 <br> Telephone:     (510) 987-9800 <br> Facsimile:      (510) 987-9757 |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| YOUNG AMERICA'S FOUNDATION, a Tennessee nonprofit corporation; and BERKELEY COLLEGE REPUBLICANS, a student organization at the University of California, Berkeley, <br><br> Plaintiffs, <br><br> vs. <br><br> JANET NAPOLITANO, in her official capacity as President of the University of California, *et al*, <br><br> Defendants. | Case No.  3:17-cv-02255-MMC <br><br> **[PROPOSED]** ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO STATEMENT OF INTEREST BY UNITED STATES DEPARTMENT OF JUSTICE <br><br> Judge:    Hon. Maxine M. Chesney |

Having considered the parties' submissions, the record, and the applicable law, the Court GRANTS Defendants' unopposed administrative motion for leave to file a response to the Statement of Interest filed by the United States Department of Justice.

**IT IS SO ORDERED.**

DATED: February 5, 2018

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

3:17-cv-02255-MMC

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION