# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 16, 2018      **Time:** 9:00 - 10:30      **Judge:** MAXINE M. CHESNEY
                                         10:44 - 1:00
                                         = 3 hours 46 minutes

**Case No.**: 17-cv-02255-MMC      **Case Name:** Young America's Foundation et al  v. Janet  Napolitano et al

**Attorney for Plaintiff:** Harmeet Dhillon; Gregory Michael
**Attorney for Defendant:** Bryan Heckenlively, Elizabeth Kim

**Deputy Clerk:** Tracy Geiger                              **Court Reporter:** Vicki Eastvold

## PROCEEDINGS

Defendants' Motion to Dismiss First Amended Complaint - Submitted as of March 16, 2018

Defendants' supplemental brief (10 pages) / Request for Judicial Notice due by March 2, 2018.

Plaintiff's responsive supplemental brief (10 pages) and objection to request for judicial notice due by March 16, 2018.

Deadline for parties to advise the Court if they would like a referral to a Magistrate Judge, choice of Magistrate Judge, and time frame: March 2, 2018.

Initial Case Management Conference continued from March 30, 2018 to June 1, 2018 at 10:30 a.m., joint case management conference statement due by May 25, 2018.