HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
KRISTA L. BAUGHMAN (SBN: 264600)
kbaughman@dhillonlaw.com
GREGORY R. MICHAEL (SBN: 306814)
gmichael@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiffs Young America's Foundation
and Berkeley College Republicans

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| YOUNG AMERICA'S FOUNDATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JANET NAPOLITANO, *et al.*, <br><br> Defendants. | Case Number: 3:17-cv-02255-MMC <br><br> Hon. Judge Maxine M. Chesney <br> Hon. Magistrate Judge Jacqueline Scott Corley <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING IN PERSON SETTLEMENT CONFERENCE** <br><br> Action Filed: April 24, 2017 <br> Trial Date: Not Assigned |



Stipulation and [PROPOSED] Order Continuing
In Person Settlement Conference

Case No. 3:17-cv-02255-MMC

**STIPULATION AND [~~PROPOSED~~] ORDER**

In support of this Stipulation, the Parties stipulate and agree as follows:

WHEREAS, on March 13, 2018, counsel for the Parties attended a Telephone Conference with the Honorable Magistrate Judge Jacqueline Scott Corley;

WHEREAS, by Minute Entry entered on March 14, 2018, an In Person Settlement Conference was scheduled for May 29, 2018, at 9:30 a.m., before Magistrate Judge Corley in San Francisco, Courtroom F, 15th Floor;

WHEREAS, Plaintiffs are unavailable on May 29, 2018;

WHEREAS, counsel for the Parties have met and conferred with one another, and with Judge Corley's Courtroom Deputy Clerk, concerning rescheduling the In Person Settlement Conference to June 5, 2018;

WHEREAS, no prior time modifications have been made in connection with judicial settlement conference proceedings in this case, whether by stipulation or Court order;

WHEREAS, the Parties do not believe the requested continuance will have any effect on the overall schedule for this case;

NOW, THEREFORE, the Parties stipulate and respectfully request that the Court: continue the In Person Settlement Conference from May 29, 2018, to **June 5, 2018, at 9:30 a.m.**, before Magistrate Judge Corley in San Francisco, Courtroom F, 15th Floor;

Respectfully submitted,

Dated: March 19, 2018                    DHILLON LAW GROUP INC.

By: /s/ Harmeet K. Dhillon
    Harmeet K. Dhillon
    Attorney for Plaintiffs

Dated: March 19, 2018                    MUNGER, TOLLES & OLSON LLP

By: /s/ Bryan Heckenlively
    Bryan Heckenlively
    Attorney for Defendants

1



Stipulation and [~~PROPOSED~~] Order Continuing                    Case No. 3:17-cv-02255-MMC
In Person Settlement Conference

## DECLARATION

Pursuant to Local Rule 6-2, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. I further declare, pursuant to Local Rule 5-1(i)(3), that I am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: March 19, 2018

DHILLON LAW GROUP INC.
By: /s/ Harmeet K. Dhillon
    Harmeet K. Dhillon
    Attorney for Plaintiffs

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 2, 2018

_____
Hon. Jacqueline Scott Corley
United States Magistrate Judge



Stipulation and [PROPOSED] Order Continuing In Person Settlement Conference

2

Case No. 3:17-cv-02255-MMC